

1  Alan J. Kessel (Cal. Bar No.: 130707)
   Suzanne M. Burke (Cal. Bar No.: 188597)
2  Brandon Q. Tran (Cal. Bar No.: 223435)
   **BUCHALTER, NEMER, FIELDS & YOUNGER**
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, California 92612-0514
   Telephone: (949) 760-1121
5  Facsimile: (949) 720-0182
   E-mail: btran@buchalter.com
6
   Attorneys for Plaintiff DIRECTV, INC.
7

8          **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA**

10            **SAN FRANCISCO DIVISION**

11  DIRECTV, INC., a California corporation,  | Case No.: CV-04-3599 EMC

12          Plaintiff,  | Hon. Edward M. Chen

13  vs.  | **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT DOUG BARR; [PROPOSED] ORDER THEREON**

14  DOUG BARR,

15          Defendant.

16

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

BNFY 574619v1          -1-          (CV-04-3599 EMC)
STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT DOUG BARR

1          IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc.

2  ("DIRECTV") and Defendant DOUG BARR ("Defendant"), through their respective counsel of

3  record, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to

4  Fed. R. Civ. P. 41(a)(1), as to Defendant. Each of said parties to bear its/his own costs and

5  attorneys' fees. Defendant is the only Defendant in this action. Therefore, this entire action as to

6  all remaining claims is hereby terminated in full.

7  DATED: June 22, 2005         Respectfully Submitted,

8                       BUCHALTER, NEMER, FIELDS & YOUNGER

9                       A Professional Corporation

10

11                       By:_____

12                           Brandon Q. Tran
                          Attorneys for Plaintiff DIRECTV, Inc.

13  DATED: June 22, 2005        PARR LAW GROUP

14

15

16                       By:_____

                         Shawn R. Parr

17                       Attorneys for Defendant DOUG BARR

18                      **ORDER**

19          HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary

20  Dismissal of Defendant Doug Barr, and such other pleadings, documents and records deemed

21  appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

22          (1)     Defendant Doug Barr is hereby dismissed from this action with prejudice;

23  and

24          (2)     Each of said parties to bear its/his own costs and attorneys' fees.

25  Dated: June 23, 2005

26                    Honorable _____  APPROVED

27                    United States _____
                    Northern Dist _____

28                                Judge Edward M. Chen