1  Suzanne M. Burke (Cal. Bar No.: 188597)
   Brandon Q. Tran (Cal. Bar No.: 223435)
2  **BUCHALTER NEMER**
   A Professional Corporation
3  18400 Von Karman Avenue, Suite 800
   Irvine, California 92612-0514
4  Telephone: (949) 760-1121
   Facsimile: (949) 720-0182
5  E-mail: btran@buchalter.com

6  Attorneys for Plaintiff DIRECTV, INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN FRANCISCO DIVISION**

11 DIRECTV, INC., a California corporation,  | Case No. CV-04-3599 EMC

12        Plaintiff,                         | Hon. Edward M. Chen

13        vs.                                | **REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT DOUG BARR;**
14 DOUG BARR,                                | [~~PROPOSED~~] **ORDER THEREON**

15        Defendant.

16

17       Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV")

18 hereby respectfully requests that the Court enter an Order dismissing the above-captioned action

19 with prejudice as to Defendant Doug Barr ("Defendant").  This request is made on the grounds

20 that Defendant and DIRECTV have entered into an agreement settling this matter, wherein

21 DIRECTV agreed to voluntarily dismiss this action against Defendant, each party to bear its/his

22 own attorneys' fees and costs incurred in this action to date.

23       Although on June 23, 2005 this Court dismissed without prejudice DIRECTV's

24 claims against Defendant, DIRECTV is obligated under the terms of the settlement agreement to

25 take all reasonable steps to obtain a dismissal of this action with prejudice against Defendant,

26 each party to bear its/his own costs and attorneys' fees.  DIRECTV files this Request in

27 fulfillment of that obligation.

28 / / /

1  Defendant answered the Complaint on or about December 6, 2004.  DIRECTV,
2 therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court
3 order.  Fed. R. Civ. P. 41(a).  Accordingly, DIRECTV respectfully requests the entry of such an
4 order dismissing Defendant with prejudice.

5 DATED: February 21, 2006           Respectfully Submitted,

6                                    BUCHALTER NEMER
                                     A Professional Corporation
7

8
                                     By:          /s/ Brandon Q. Tran
9                                              Brandon Q. Tran
                                       Attorneys for Plaintiff DIRECTV, Inc.
10

11

12                                    **ORDER**

13  Having read the foregoing Request for Voluntary Dismissal of Defendant
14 Doug Barr filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed
15 appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as
16 follows:
17   1.   This action is hereby dismissed with prejudice as against Defendant Doug Barr;
18   2.   Each party shall bear its/his own attorneys' fees and costs incurred in this action to
19 date.
20 DATED:  March 3, 2006

*IT IS SO ORDERED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

BN 776413v1                           2                           (CV-04-3599 EMC)
**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT DOUG BARR;
[PROPOSED] ORDER THEREON**

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.